# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00221-CV

**Peter D. Wagner, Appellant**

**v.**

**Travelers Lloyds of Texas Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-07-001770, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On July 14, 2009, this Court notified appellant that the clerk's record in the above cause was overdue. This Court requested that appellant make arrangements for the record and submit a status report regarding this appeal on or before July 24, 2009. This Court further informed appellant that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from appellant. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   August 31, 2009